DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALBERT MATTHEW AMEZCUA-OCHOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:11-cr-00356 AWI |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | DATE:  January 9, 2012 |
| ALBERT MATTHEW AMEZCUA-OCHOA, | TIME:   9:00 A.M. |
| Defendant. | JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for December 12, 2011, **may be continued to January 9, 2012 at 9:00 a.m.**

This continuance is at the request of defense counsel as defense needs additional time in preparation of this case. Defense counsel was just assigned this case, but will be in trial this upcoming week with government counsel on the case. Defense needs additional time to review discovery, meet with the client, and wants an opportunity to discuss resolution with the government. The requested continuance is with the intention of conserving time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

preparation and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: December 5, 2011   By:   /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: December 5, 2011   By:   /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
ALBERT MATTHEW AMEZCUA-OCHOA


**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   December 6, 2011

CHIEF UNITED STATES DISTRICT JUDGE

Amezcua-Ochoa: Stipulation and Order                2