DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALBERT MATTHEW AMEZCUA-OCHOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:11-cr-00356 AWI |
| ) | |
| *Plaintiff,* ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS CONFERENCE HEARING |
| v. ) | |
| ) | DATE:   February 13, 2012 |
| ALBERT MATTHEW AMEZCUA-OCHOA, ) | TIME:    9:00 A.M. |
| ) | JUDGE:  Hon. Anthony W. Ishii |
| *Defendant.* ) | |
| _____ ) | |

   **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for January 9, 2012, **may be continued to February 13, 2012 at 9:00 a.m.**

   This continuance is at the request of defense counsel as defense needs additional time in preparation of this case.  The parties have engaged in preliminary plea negotiations but need additional time to try to finalize a plea agreement.  The additional time is also requested for defense preparation and investigation purposes.  The requested continuance is with the intention of conserving time and resources for both parties and the court.

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

preparation and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: January 3, 2012       By:   /s/ Kimberly A. Sanchez
                                   KIMBERLY A. SANCHEZ
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: January 3, 2012       By:   /s/ Charles J. Lee
                                   CHARLES J. LEE
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   ALBERT MATTHEW AMEZCUA-OCHOA

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:    January 3, 2012

CHIEF UNITED STATES DISTRICT JUDGE