DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALBERT MATTHEW AMEZCUA-OCHOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:11-cr-00356 AWI_DLB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE HEARING |
| v. | ) | |
| | ) | DATE:   April 23, 2012 |
| ALBERT MATTHEW AMEZCUA-OCHOA, | ) | TIME:   1:00 P.M. |
| | ) | JUDGE:  Hon. Dennis L. Beck |
| Defendant. | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

counsel that the status conference in the above-captioned matter now set for March 26, 2012, **may be**

**continued to April 23, 2012 at 1:00 p.m. before Magistrate Dennis L. Beck.**

This continuance is at the request of defense counsel because counsel needs additional time for

further plea negotiation and defense preparation prior to the hearing.  The requested continuance is with

the intention of conserving time and resources for both parties and the court.  Assistant United States

Attorney Kimberly Sanchez has no objection to this request.

///

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests

2   of justice, including but not limited to, the need for the period of time set forth herein for effective defense

3   preparation and plea negotiation purposes pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i)

4   and (iv).

5                                                        Respectfully submitted,

6                                                        BENJAMIN B. WAGNER
                                                        United States Attorney
7

8   DATED: March 23, 2012                    By:    /s/ Kimberly A. Sanchez
                                                        KIMBERLY A. SANCHEZ
9                                                        Assistant United States Attorney
                                                        Attorney for Plaintiff
10

11                                                      DANIEL J. BRODERICK
                                                        Federal Defender
12

13   DATED: March 23, 2012                    By:    /s/ Charles J. Lee
                                                        CHARLES J. LEE
14                                                      Assistant Federal Defender
                                                        Attorney for Defendant
15                                                      ALBERT MATTHEW AMEZCUA-OCHOA

16

17

18                                     **O R D E R**

19        **IT IS SO ORDERED.**  Time is excluded pursuant to  18 U.S.C.  §§ 3161(h)(7)(A) and

20   3161(h)(7)(B)(i) and (iv).

21            IT IS SO ORDERED.

22        **Dated:   March 23, 2012**              _/s/ **Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

Amezcua-Ochoa: Stipulation and Proposed Order              2