```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559)497-4000
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CASE NO. 1:11-CR-00356 AWI-DLB
                                 )
12                  Plaintiff,   )  STIPULATION AND
                                 )  ORDER FOR SCHEDULING OF CHANGE
13  v.                           )  OF PLEA HEARING
                                 )
14  ALBERT MATTHEW OCHOA,        )
                                 )
15                  Defendants.  )
                                 )
16  _____ )
```

17     IT IS HEREBY STIPULATED by and between Benjamin B. Wagner,

18  United States Attorney and Kimberly A. Sanchez, Assistant U.S.

19  Attorney and Glenn LoStracco, attorney for Albert Matthew Ochoa, that

20  a status conference currently set for July 23, 2012 before the

21  Honorable Dennis L. Beck, U.S. Magistrate Judge, at 1:00 p.m. be

22  vacated.  The parties further request that the case be set for a ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

change of plea before the Honorable Anthony W. Ishii, Chief U.S. District Court Judge, on Monday, July 23, 2012 at 10:00 a.m.

Dated: July 20, 2012                   Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                     By   /s/ Kimberly A. Sanchez
                                                  KIMBERLY A. SANCHEZ
                                                  Assistant U.S. Attorney

Dated: July 20, 2012                   /s/ Glenn LoStracco
                                            GLENN LoSTRACCO
                                            Attorney for Albert Ochoa

      IT IS SO ORDERED.

      **Dated:   July 20, 2012**                      **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE