IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:11-cr-00356-AWI |
| ) | |
| Plaintiff, ) | ORDER OF RELEASE |
| ) | |
| vs. ) | |
| ) | |
| ALBERT MATTHEW AMEZCUA OCHOA, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the defendant shall be released directly to a representative of WestCare, Inc. or the United States Probation Office on Monday, May 2, 2016.  A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   April 13, 2016                         _____

SENIOR  DISTRICT  JUDGE